UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:19-bk-04001-MGW
Chapter 7

Michael David Stevens
Jaime Melissa Stevens

      Debtors.
_____/

**TRUSTEE'S RESPONSE TO**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

    COMES NOW, the Trustee, Carolyn R. Chaney, and responds to the Motion for Relief From Automatic Stay, filed at Doc. No. 7, and says:

    1. The Trustee does not object to the relief sought in the motion; however requests the Court to delay the effective date of the Order lifting stay for a period of ninety (90) days in order to allow the Trustee the opportunity to market and sell the property utilizing the services of BK Global Real Estate Services.

DATED: July 16, 2019.      /s/Carolyn R. Chaney, Trustee
    Post Office Box 530248
    St. Petersburg, FL  33747-0248
    Telephone: (727) 864-9851
    Email: carolyn.chaney@earthlink.net

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by electronic or U.S. Mail delivery on July 16, 2019, to:

Office of U.S. Trustee, at USTPRegion21.TP.ECF@USDOJ.GOV
Debtors: Michael and Jaime Stevens, 5700 Saddlebrook Way, Wesley Chapel, FL  33543
Attorney for Debtors: Matthew J. Jowanna, Esquire, 2521 Windguard Circle, Suite 101, Wesley Chapel, FL  33544; Email: info@jowanna.com
Attorney for Secured Creditor, Christopher P. Salamone, Esquire, 6409 Congress Avenue, Suite 100, Boca Raton, FL  33487; Email: csalamone@rasflaw.com.

    /s/Carolyn R. Chaney, Esquire